In an action for an escape on mesne process, the plaintiff is entitled to the amount of his debt, if it appear that his debtor has absconded and is insolvent; but before the Court will render judgment on the verdict, plaintiff must enter into a rule, that defendant may make use of his name in recovering the debt to his own use; defendant indemnifying plaintiff from cost.

ESCAPE on mesne process for suffering one Gile, arrested at the suit of Oliver, to go at large.

Plea—*The General Issue.*

It appearing that Gile had absconded and was insolvent, the Jury found for the plaintiff his whole debt in damages.

But before the Court rendered judgment on the verdict, they directed the plaintiff to enter into a rule, that the defendant should have the benefit of the judgment, which had been obtained against Gile, the defendant indemnifying the plaintiff from cost, which was done accordingly, and judgment was rendered for the plaintiff for the whole of his debt. 2 Ld. Ray. 1411. Powell vs. Hord. 1 Stra. 650.

———

JOHN DOE ex dem. CHAPIN *vs.* SCOTT.

If a plaintiff in ejectment fail of shewing a title to the whole of the land described in his declaration, he may still recover a part in severalty or an undivided part according to his title.

THIS was an action of ejectment for lands in Weathersfield.

It was objected, that the plaintiff had proved a title to no more than three fourths of the lands in question; that as he had demanded the whole, he had failed in his proof.

*Windsor,*
*December,*
*1789.*

CHIPMAN, Ch. J. In ejectments, the plaintiff shall recover according to his right: if the whole be demanded, the Jury may find for a moiety, and it is good. 1 Bur. 326.

SMITH and KNIGHT, Js. concurred.